**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | | **CIVIL ACTION 10-00620-KD** |
| **vs.** | **:** | **CRIMINAL ACTION 08-00225-KD-N** |
| **BURGESS LEE BURGESS,** | **:** | |
| **Defendant/Petitioner.** | **:** | |

**ORDER**

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 and dated April 23, 2012, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that that the Petitioner's Motion to Vacate, Set Aside or Correct Sentence (Doc. 142) is **DENIED** and that a Certificate of Appealability is **DENIED**.

**DONE** and **ORDERED** this the **16th** day of **May 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**