**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | CIVIL ACTION 10-00620-KD |
| vs. : | CRIMINAL ACTION 08-00225-KD-N |
| **BURGESS LEE BURGESS,** : | |
| Defendant/Petitioner. : | |

## JUDGMENT

In conjunction with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that that Judgment is entered in favor of the United States of America in the above-styled action. No costs are taxed.

**DONE** and **ORDERED** this the **16th** day of **May 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**